# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN W. FRYER,

        Plaintiff

   v.                          C-1-11-661

VINCENT E. DIXON,

        Defendant

## ORDER

This matter is before the Court upon the Reports and Recommendations of the United States Magistrate Judge (doc. nos. 15 and 17) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Reports and Recommendations of the United States Magistrate Judge (doc. nos. 15 and 17) are hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Inasmuch as plaintiff has failed to comply with the Magistrate Judge's Order to Show Cause dated September 27, 20112 (doc. no. 14), plaintiff's Motion for Default Judgment (doc. no. 11) and for Judgment on the Pleadings (doc. nos. 12 and 13) are DENIED AS MOOT.   Plaintiff's Complaint is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                    s/Herman J. Weber
                                   Herman J. Weber, Senior Judge
                                    United States District Court